UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL R. NORRIS,

        Plaintiff,                                     No. 20-12054

v.                                           Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE
JUDGE'S OCTOBER 6, 2021 REPORT AND RECOMMENDATION [17]**

Plaintiff Michael R. Norris filed this action seeking review of the Commissioner of Social Security's decision denying his application for disability insurance benefits and supplemental security income.  The Court referred the matter to Magistrate Judge David R. Grand.  Currently before the Court is the Magistrate Judge's October 6, 2021 report and recommendation.  (ECF No. 17.)  The Magistrate Judge recommends denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment, and affirming the Commissioner's decision.  The Court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The Court nevertheless agrees with the Magistrate Judge's recommendation.  The Court, therefore, ACCEPTS and ADOPTS the Magistrate

Judge's report and recommendation (ECF No. 17); DENIES Plaintiff's motion for summary judgment (ECF No. 14); GRANTS Defendant's motion for summary judgment (ECF No. 16); and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

       SO ORDERED.

                      s/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated: October 22, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2021, by electronic and/or ordinary mail.

                      s/Lisa Bartlett
                      Case Manager